OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0002003152
MAILED FROM ZIPCODE 78701
$ 00.26⁵
FEB 09 2015
PITNEY BOWES

UNITED STATES POSTAL SERVICE

PRESORTED
FIRST CLASS

WR-34,001-11

Abel Acosta, Clerk

2/4/2015
JAMISON, FRANK WAYNE                Tr. Ct. No. 91-043X(A)
This is to advise that the Court has denied without written order the application for
writ of habeas corpus.

FRANK WAYNE JAMISON
ELLIS 1 UNIT - TDC # 587063
1697 FM 980
HUNTSVILLE, TX 77343